**Peter M. Antioco**
ATTORNEY AT LAW

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 26 2006 ★

BROOKLYN OFFICE

April 14, 2006

26 COURT ST.
SUITE 1607
BROOKLYN, NY 11242
(718) 855-1413
(718) 855-1414
FAX (718) 625-4065

The Honorable John Gleason
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201



United States v. Kelvin Acevedo
Criminal docket No. 02-1341 (JG)

Dear Judge Gleason:

    I am respectfully requesting that the sentencing of the above named defendant be adjourned for approximately 60 days, in order that certain issues can be resolved with the United States Attorney office, prior to sentence.

    Your Honor has previously received several letter regarding Mr. Acevedo's potential cooperation with the Southern District of New York, which necessitated the need for the sentencing to be adjourned. Some of those issues have not been resolved.

    I have spoken to Assistant U.S. Attorney Mr. Levine and he has consented to this adjournment..

Respectfully submitted,

Peter M. Antioco

*Sentence adjourned to 6-23-06 at 2:00 pm  So ordered*

s/John Gleeson